## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **PALISADE TECHNOLOGIES, LLP,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:24-CV-00262-DC** |
| | § | |
| **MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,** | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Derek T. Gilliland (Doc. 55) concerning Defendants' Motion to Dismiss (Doc. 24). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Gilliland issued his report and recommendation on July 24, 2025 (Doc. 55). As of the date of this Order, neither party has filed objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has

filed timely objections, the Court reviews the Report and Recommendation for clear error, finding none.

The Report and Recommendation is therefore **ADOPTED**. Defendants' Motion to Dismiss (Doc. 24) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's request for leave to file its sealed second amended complaint is **GRANTED**. Plaintiff is hereby **ORDERED** to file a redacted copy of the sealed second amended complaint within seven days of the entry of this Order. If a redacted copy is not timely filed, the Court may order the second amended complaint to be unsealed. The deficiencies identified in this Report and Recommendation regarding the pre-suit willful infringement and pre-suit inducement claims apply equally to Plaintiff's second amended complaint. Having granted Plaintiff leave to file its second amended complaint, the Court **DISMISSES** Plaintiff's pre-suit willful infringement and pre-suit inducement claims without prejudice.

It is so **ORDERED**.

**SIGNED this 15th day of August, 2025.**

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**